UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. 08 JUL 21 AM II: 51 |
| Plaintiff, | CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Eluterio PEREZ-Cruz,** | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | '08 MJ 2211 |

The undersigned complainant, being duly sworn, states:

On or about **July 17, 2008** within the Southern District of California, defendant, **Eluterio PEREZ-Cruz**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **21**st **DAY OF JULY, 2008**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Eluterio PEREZ-Cruz**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On July 17, 2008 Supervisory Border Patrol Agent A. Santa Ana was working assigned duties near the area known as Smuggler's Canyon. This area is immediately adjacent to the United States/Mexico International Boundary Fence and approximately four miles west of the San Ysidro, California Port of Entry. Undocumented aliens commonly use this area to further their illegal entry into the United States.

At approximately 11:00 PM Agent Santa Ana responded to a call by the infrared scope operator, Border Patrol Agent D. Bowden. Agent Bowden informed Agent Santa Ana that he observed three individuals circumvent the International Boundary Fence, making an illegal entry into the United States near the Smuggler's Canyon area. Agent Santa Ana and Senior Patrol Agents M. Jiron and M. Villalobos responded to the area. After tracking the group and an extensive search of the area Agent Santa Ana located all three subjects lying in dense brush. Agent Santa Ana identified himself as a Border Patrol Agent to all three subjects and questioned them as to their citizenship. Each subject including one later identified as the defendant **Eluterio PEREZ-Cruz** stated they are citizens and nationals of Mexico. Agent Santa Ana asked all three if they possessed immigration documents that would allow them to enter or remain in the United States legally. The three subjects stated "no". All three subjects were arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on or about July 16, 2008 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights. The defendant stated that he understood his rights and was willing to answer any questions without a lawyer present. When questioned again as to his citizenship, the defendant freely admitted that he is a citizen and national of Mexico and does not possess the proper documents to enter or remain in the United States legally.

**Executed on July 19, 2008 at 9:00 a.m.**

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **July 17, 2008**, in violation of Title **8**, United States Code, Section **1326**.

_____
Leo S. Papas
United States Magistrate Judge

_150 PM  July 19, 2008_
Date/Time