**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Sara_Peloquin@fd.org

Attorneys for Mr. Perez-Cruz

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                            )<br>            Plaintiff,                              )<br>                                                            )<br>v.                                                       )<br>                                                            )<br>**ELUTERIO PEREZ-CRUZ,**              )<br>                                                            )<br>            Defendant.                          )<br>_____) | Case No. 08MJ2211-LSP<br><br><br><br>**NOTICE OF APPEARANCE** |

        Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                                Respectfully submitted,

Dated: July 24, 2008                                    /s/ *Sara Peloquin*
                                                             **SARA M. PELOQUIN**
                                                             Federal Defenders of San Diego, Inc.
                                                             Attorneys for Mr. Perez-Cruz

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  July 24, 2008               /s/  *Sara Peloquin*
                                    **SARA M. PELOQUIN**
                                    Federal Defenders of San Diego, Inc.
                                    225 Broadway, Suite 900
                                    San Diego, CA  92101-5030
                                    (619) 234-8467  (tel)
                                    (619) 687-2666  (fax)
                                    Sara_Peloquin@fd.org