FILED
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr2726-BTM |
| Plaintiff, | ) ) | I N F O R M A T I O N |
| v. | ) ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| ELUTERIO PEREZ-CRUZ, | ) ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | ) ) | |

The United States Attorney charges:

Count 1

On or about Oct. 2000, within the Southern District of California, defendant ELUTERIO PEREZ-CRUZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

JPME:rp:San Diego
7/29/08

<u>Count 2</u>

On or about July 17, 2008, within the Southern District of California, defendant ELUTERIO PEREZ-CRUZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: August 14, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney