AO 455(Rev. 5/85) Waiver of Indictment 

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED** AUG 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ELUTERIO PEREZ-CRUZ | CASE NUMBER: 08cr2726-BTM |

I, ELUTERIO PEREZ-CRUZ, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on August 14, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Eleuterio Perez_
Defendant

_Sara Peloso_
Counsel for Defendant

Before _____
Judicial Officer